# Third District Court of Appeal
## State of Florida

Opinion filed December 13, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1822
Lower Tribunal No. F07-8599
_____

**Willie Robinson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Willie Robinson, in proper person.

Ashley Moody, Attorney General, and Linda S. Katz, Assistant Attorney General, for appellee.

Before FERNANDEZ, SCALES and MILLER, JJ.

PER CURIAM.

Affirmed.